## STATE ex rel. CHRIST E. SINN v. W. S. CARVER.[1]

May 29, 1914.

Nos. 18,795—(274).

Case followed.

Upon the relation of Christ E. Sinn, the district court for Martin county granted its writ of *habeas corpus* directed to the sheriff of that county, requiring him to show cause why relator was detained in custody. The matter was heard before Quinn, J., who quashed the writ and remanded relator to custody. From the order discharging the writ, relator appealed. Reversed.

*Dunn & Carlson* and *Frank B. Kellogg*, for appellant.

*Lyndon A. Smith*, Attorney General, *C. Louis Weeks*, Assistant Attorney General, and *E. C. Dean*, County Attorney, for respondent.

PER CURIAM.

This case is similar to the one of State v. Carver, supra, page 5, 147 N. W. 660, reversing the order of the court below. A like result must follow here.

Order reversed.